**McCarthy & Holthus, LLP**
JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Telephone: (877) 369-6122
Facsimile: (619) 685-4811

Attorneys for Defendants, M&T Bank

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Adversary Case No. 25-02107 |
| Stephanie Ann Chitwood, | Bankruptcy Case No. 24-23447 |
| Debtor. | DCN: JCW-1 |
| Stephanie Ann Chitwood, | |
| Plaintiff, | **MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)** |
| v. | |
| M&T Bank, Thomas Smith of Smitho & Sons, James Bishop and Yuba County Departments | Date: 11/18/2025<br>Time: 10:30AM<br>Ctrm: 28, 7th Floor<br>Place: 501 I Street<br>     Sacramento CA |
| Defendants. | *Judge: Hon. Fredrick E. Clement* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

---
**MOTION TO DISMISS COMPLAINT**

Defendant M&T Bank ("Defendant"), hereby move this Court for an Order dismissing the Adversary Complaint filed by Plaintiff, Stephanie Ann Chitwood ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) as incorporated into this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure for failure to state a claim or allege sufficient facts to state a cause of action against M&T Bank upon which relief can be granted.

This Motion is made on the basis that Plaintiff's causes of actions rely on erroneous legal conclusions and fails to plead sufficient facts for the relief sought. Plaintiff fails to state a claim as there are no facts that allege any wrongdoing or violation of applicable law by Defendant. Plaintiff has not shown any valid causes of action in which relief may be granted.

This Motion is based upon the Notice of this Motion, the concurrently filed Motion and Memorandum of Points and Authorities in support thereof, matters upon which this court may judicially note and upon such other and further evidence as the Court may be presented at the time of the hearing.

Dated: 10/10/2025

Respectfully submitted,
**McCarthy & Holthus, LLP**

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for Defendant, M&T Bank