**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                        ) Case No.: 24-23447 - A - 13
Stephanie Ann Chitwood,      ) Adv No.: 25-02107
         Debtor.             ) Docket Control No.: JCW-1
                             ) Document No.: 15
_____)
                             )
Chitwood,                    ) Date: 11/18/2025
         Plaintiff,          ) Time: 10:30 AM
v.                           ) Dept: A
M&T Bank et al.,             )
         Defendants.         )
                             )
_____)
```

**Order**

IT IS ORDERED that the motion to dismiss adversary is DENIED AS MOOT.

Dated: November 19, 2025

_____
Fredrick E. Clement
United States Bankruptcy Judge